IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        :

    PLAINTIFF,        :

    v.        :        CR NO. PJM-04-00275

IVORY THOMAS,        :

    DEFENDANT.        :

...oOo...

## SUGGESTION OF DEATH

Mr. Clerk:

    The United States of America, by its Attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Joseph R. Baldwin, Assistant United States Attorney for said District, states that the defendant/debtor, Ivory Thomas, died on March 16, 2011. Attached hereto as Exhibit "A" is a copy of the Death Certificate showing the date and location of death( in Clinton, Maryland).

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Joseph R. Baldwin
Assistant U.S. Attorney
Fourth Floor
36 South Charles Street
Baltimore, Maryland 21201
(410)209-4800
Trial Bar No. 03094

# STATE OF MARYLAND
## Department of Health and Mental Hygiene
## Division of Vital Records

Please Type or Print in Black Indelible Ink. Ensure All Copies Are Legible.
State of Maryland / Department of Health and Mental Hygiene
### Certificate of Death

Reg. No.

**1. Decedent's Name (First, Middle, Last):** IVORY J. THOMAS
**2. Date of Death:** MARCH 16, 2011
**3. Time of Death:** 15:59 PM

**4a. Facility Name:** SOUTHERN MARYLAND HOSPITAL
**4b. City, Town, or Location of Death:** CLINTON
**4c. County of Death:** PRINCE GEORGE

**5. Social Security Number:** [blank]
**6. Sex:** F
**7. Age:** 60 Yrs.
**8. Date of Birth:** 08-26-1950
**9. Birthplace:** FILBERT, WV

**Usual Residence of Decedent**
**10a. State:** MD
**10b. County:** PRINCE GEORGE
**10c. City, Town or Location:** SEAT PLEASANT
**10d. Inside City Limits:** Yes
**10e. Street and Number:** [---]REET
**10f. Zip Code:** 20743
**10g. Citizen of What Country?** U.S.A.

**11. Marital Status:** Married
**12. Was Decedent Ever in U.S. Armed Forces?:** No
**13. Was Decedent of Hispanic Origin?:** No
**14. Race:** BLACK

**15. Decedent's Education:** Elementary/Secondary (0-12): 12th
**16a. Decedent's Usual Occupation:** MEDICAL RESEARCH
**16b. Kind of Business Industry:** PRIVATE

**17. Father's Name:** CHARLIE V. MAXWELL
**18. Mother's Name:** KITER V.S. ISBELL

**19a. Informant's Name/Relationship:** DONALD E. THOMAS/HUSBAND
**19b. Mailing Address:** SEAT PLEASANT, MD 20743

**20a. Method of Disposition:** Burial
**20b. Place of Disposition:** MD VETERANS CEMETERY
**Date:** 3-23-2011
**20c. Location:** CHELTENHAM, MD

**21. Signature of Funeral Service Licensee:** K. D. M-hall
**22. Name and Address of Facility:** JB JENKINS FUNERAL HOME, 7474 LANDOVER RD LANDOVER, MD 20785

**23a. Part 1. Cause of Death:**
a. Immediate Cause: SEPSIS SYNDROME
b. Due to: CHRONIC KIDNEY DISEASE
c. Due to: HYPOTENSION
d. [blank]

**23b. Was decedent pregnant in the past 12 months?** No

**25. Was case referred to medical examiner?** No
**26. Place of Death:** Hospital - Inpatient

**27. Manner of Death:** Natural

**29a. Certifier:** Certifying Physician
**29b. Signature and title of certifier:** RASHEED ABASSI
**29c. License number:** MD 65329
**29d. Date signed:** MARCH 17 2011

**30. Name and address of person who completed cause of death:** RASHEED ABASSI, 7503 SURRATTS ROAD, CLINTON MD 20735

**31. Date filed:** MAR 21 2011
**32. Registrar's Signature:** Geneva B. Sparks

652598

ORIGINAL

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE COPY OF A RECORD ON FILE IN THE DIVISION OF VITAL RECORDS.

Geneva B. Sparks
STATE REGISTRAR

**DATE ISSUED:** March 21, 2011

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.

### Exhibit "A"